**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-2000**
_____

CANDACE E. ALSTON, an individual on behalf of themselves and all others similarly situated,

              Plaintiff – Appellant,

     and

NEIL F. LETREN, an individual on behalf of themselves and all others similarly situated,

              Plaintiff,

     v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Theodore D. Chuang, District Judge. (8:14-cv-03957-TDC)

_____

Submitted:  March 14, 2017         Decided:  March 16, 2017

_____

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Candace E. Alston, Appellant Pro Se.  Meredith Campbell, Joy Catherine Einstein, SHULMAN, ROGERS, GANDAL, PORDY & ECKER, PA, Potomac, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Candace E. Alston appeals the district court's order dismissing her claims against Experian Information Solutions, Inc. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Alston v. Experian Info. Sols., Inc., No. 8:14-cv-03957-TDC (D. Md. Mar. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED